AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
v.
MARIO ESPINO

**APPEARANCE**

Case Number: 04cr30020-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America

I certify that I am admitted to practice in this court.

_4/15/04_
Date

_[signature]_
Signature

Thomas J. O'Connor, Jr.         640433
Print Name                      Bar Number

1550 Main Street, Room 310
Address

Springfield         MA          01103
City                State       Zip Code

(413) 785-0395              (413) 785-0394
Phone Number                Fax Number