# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

MARIO ESPINO

**WARRANT FOR ARREST**

Case Number: 04-30020-MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MARIO ESPINO _____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☒ Violation   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

DISTRIBUTION OF HEROIN, AIDING AND ABETTING

in violation of _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) _____

John C. Stuckenbruck
Name of Issuing Officer

Division Manager
Title of Issuing Officer

[Signature] John C. Stuckenbruck
Signature of Issuing Officer

April 15, 2004 at Springfield, MA
Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |