UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIM NO. 04-30020-MAP |
| v. ) | |
| ) | |
| MARIO ESPINO, ) | SCANNED |
| ) | |
| Defendant. ) | |

### MOTION TO SEAL INDICTMENT

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that this Court seal the Indictment in the above-captioned case. As grounds for this motion, the government states that the defendant is at-large and public release of this Indictment will hinder law enforcement in locating him and securing his arrest.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Thomas J. O'Connor, Jr.
Thomas J. O'Connor, Jr.
Assistant U.S. Attorney

Allowed.
Michael A. Ponsor, USDJ
4·15·04