AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

MARIO ESPINO

**WARRANT FOR ARREST**

Case Number: 04-30020-MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MARIO ESPINO__
                                                                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☒ Violation   ☐ Probation Violation Petition

charging him or her      (brief description of offense)

VIOLATION OF CONDITIONS OF RELEASE

in violation of _____ United States Code, Section(s) _____

__KENNETH P. NEIMAN__
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

__U.S. Magistrate Judge__
Title of Issuing Officer

__April 27, 2004 at Springfield, MA__
Date and Location

Bail fixed at $ _____ by _____
                                          Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____
1550 Main St   Room 418   Springfield MA

| DATE RECEIVED 4/27/2004 | NAME AND TITLE OF ARRESTING OFFICER MicHaeL C. NeLson CrDUSM | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 5/1/2004 | | |