UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. ) Criminal No. 04-30020-MAP
)
)
MARIO ESPINO, )
      Defendant )

INTERIM SCHEDULING ORDER
June 22, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial Status Conference on June 21, 2004:

1. An interim status conference will be held on July 22, 2004, at 2:30 p.m. in Courtroom III.

2. On or before the close of business, July 21, 2004, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

                                              /s/   Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge