UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                ) | Criminal No. 04-30020-MAP |
| ) | |
| MARIO ESPINO,                         ) | |
|          Defendant                       ) | |

INITIAL STATUS REPORT
June 22, 2004

NEIMAN, U.S.M.J.

The court held an initial Status Conference on June 2, 2004, pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The parties -- and the court -- have agreed and determined that no time has run on the Speedy Trial Clock through June 21, 2004. A separate order shall issue.

3. There are no other matters to report relevant to the progress or resolution of the case.

/s/  Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge