

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Facsimile:      (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

July 1, 2004

Atty. Elaine M. Pourinski
13 Old South Street
Northampton, MA 01060

  Re:  U.S. v. Mario Espino, Criminal No. 04-30020-MAP.

Dear Ms. Pourinski:

   On June 25, 2004, the government received your discovery request letter in the Espino matter, which is dated June 24, 2004.

   As you are aware, Local Rule 116.3(D) prohibits any defendant who is participating in automatic discovery, as is Mr. Espino, from requesting in a discovery request letter any information that is required to be produced under Local Rule 116.1. To the extent that your discovery request letter of June 24, 2004, seeks such information, the government refers you to its automatic discovery letter of May 21, 2004, and its supplemental discovery letter of June 16, 2004. Because your letter appears to have mingled requests for discovery that is covered by Local Rule 116.1 and discovery that is not covered by that Rule, the government is unclear as to what specific information you are seeking to discover in addition to that which already has been provided to you.

   Accordingly, I am writing to request that you please forward to me at your earliest convenience a letter that lists (1) those specific items of discovery that you have identified and would like the government to produce, and (2) any other category of information that you are seeking that is not covered under Local

Rule 116.1, so that I can adequately identify and fashion an appropriate response to your requests.

In the event that you believe that there are additional items of discovery covered by Local Rule 116.1 that have not been produced, please include that information in your letter as well, and I will rectify any omissions immediately.

Please call me if you have any questions or would like to discuss this matter further.

                                        Very truly yours,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                By:     _____
                                        Thomas J. O'Connor, Jr.
                                        Assistant U.S. Attorney

cc    Clerk, U.S. District Court