UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

          14  A 10: 25

U.S. DISTRICT COURT
DISTRICT OF MASS

)
UNITED STATES OF AMERICA )
                         )
         v.              )        CRIMINAL NO. 04-30020-MAP
                         )
MARIO ESPINO,            )
         Defendant       )
                         )

## MOTION FOR DISCOVERY OF DRUG EVIDENCE AND TO ALLOW DEFENDANT'S EXPERT TO WEIGH AND ANALYZE THE DRUGS

The defendant moves that this Court order the Government to provide him with the following information regarding the drug analysis and testing:

1. The method used to weigh and analyze the drugs which were allegedly sold by the defendant to an undercover officer. (Ex. 2, Ex. 3, Ex. 5)(see attached)

The defendant further moves that this Court order the Government to allow his expert, Dr. Harvey Cohen, to weigh and analyze the drugs and to make the drugs available to him for this purpose. Dr. Cohen has been retained in other federal cases to perform these tests. He states the following reasons:

1. The Government alleges that the defendant made the following distributions to an undercover officer:

   a) March 7, 2003---   weight- 19.6 grams, Exhibit 2, Lab. # 156503
   b) March 26, 2003 -- weight - 29.9 grams, Exhibit 3, Lab. # 156914
   c) May 13, 2003 ---- weight - 51.2 grams, Exhibit 5, Lab. # 157755

The total weight is 100.7 grams of heroin.

2. The defendant would like to have his own expert weigh these two substances and test a portion of them. It is assumed that the drugs are still being kept in the laboratory located in New York. The defendant requests that the drugs be brought to a location either in Springfield or Boston so that Dr. Cohen could have access to them.

3. Defense counsel understands that DEA requires a court order before it can arrange to make the drugs available to Dr. Cohen for weighing and testing.

WHEREFORE, the defendant respectfully requests that the Court issue a proposed order, allowing the defendant's own expert the opportunity to weigh and test the three substances in question.

Mario Espino<br>
By his attorney,<br>
<br>
_____<br>
Elaine Pourinski<br>
13 Old South Street<br>
Northampton, MA. 01060<br>
413-587-9807<br>
BBO # 550986

**U.S. Department of Justice**
**Drug Enforcement Administration**

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| [X] Purchase [ ] Seizure [ ] Free Sample [ ] Lab. Seizure [ ] Money Flashed [ ] Compliance Sample (Non-Criminal) [ ] Internal Body Carry [ ] Other (Specify) | | | ████████ | ████████ | ████ |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Springfield, MA / US | MArch 3, 2003 | |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL [ ] Case No. OR [ ] Seizure No. No. | 7. DATE PREPARED 03-07-2003 | 8. GROUP NO. 1600 |
|---|---|---|---|

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 2 | | heroin | white powder wrapped in clear plastic further wrapped in brown tape, initialed "RJO" and dated "3-7-03" | 45.98 gg | 45.98 gg | $1,800 |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?  [X] NO (included above)   [ ] YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
Exhibit 2 was purchased by MSP Tpr. Hernot Rivera from an unidentified ████████ on 03-07-2003 in Medina's Market lot, Main St., Springfield, MA. Tpr. Rivera transported the exhibit to the SRO, at which time the exhibit was relinquished to SA Olsen. The exhibit was sealed into evidence by SA Olsen, as witnessed by TFA Thomas, and placed in the SRO temporary drug vault until 03-10-2003, at which time the exhibit was removed from the vault by SA Olsen and mailed to the NERL via RMRRR.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| SA Robert Olsen | GS Edward Seneca |

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 22. SEAL [ ] Broken [ ] Unbroken | 23. RECEIVED BY (Signature & Date) 03/26/03 | 24. Print or Type NAME and TITLE |

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

Exhibit #2 contains heroin hydrochloride.

Gross Wt. = 46.2 g
Net Wt. = 19.6 g

SEE CERTIFICATION ON BACK

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 2 | 156503 | heroin hydrochloride | 78 | % | | 15.2 g | 19.1 g |

| 34. ANALYST (Signature) Christine M. ████ | 35. TITLE S/Forensic Chemist | 36. DATE COMPLETED 03/25/03 |
|---|---|---|
| 37. APPROVED BY (Signature & Date) Thomas M. Black████ | 38. TITLE Laboratory Director | 39. LAB. LOCATION New York |

DEA Form - 7
(Sept. 1995)                Previous edition dated 4/90 may be used until stock is exhausted.                2 - Orig. Office

**S. Department of Justice**
**rug Enforcement Administration**

REPOR... RUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|---|
| [X] Purchase | [ ] Seizure | [ ] Free Sample | | | | |
| [ ] Lab. Seizure | [ ] Money Flashed | [ ] Compliance Sample (Non-Criminal) | | | | |
| [ ] Internal Body Carry | [ ] Other (Specify) | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Springfield, Massachusetts | 03-26-2003 | |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL [ ] Case No. OR [ ] Seizure No. | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| | | 03-27-2003 | 1600 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 3 | | HEROIN | Brown tape in a ball | 58.64 (AGW) | 58.64 (AGW) | 2550.00 |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG ?  [X] NO (included above)   [ ] YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
Exhibit 3, thirty (30) grams of heroin, was purchaes on 3/26/2003, by Trp Rivera, from Mario ESPINO for $2550.00. The purchase took place in the parking lot of the Northgate Plaza located at Main and Congress Streets in Springfield, Massachusetts. Trp Rivera and TFA Thomas processed the exhibit and secured it in the Springfield R.O. drop box for safekeeping. On 3/31/2002 Springfield R.O. Drug Custodian, S/A Barron, turned over the exhibit to TFA Thomas. TFA Thomas submitted the exhibit to NERL for analysis and safekeeping.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| TFA Kevin Thomas  Kevin Thomas 3/31/2003 | G/S Ed Senecal   Ed Sen... |

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 | | |
| 22. SEAL [ ] Broken [ ] Unbroken | 23. RECEIVED BY (Signature & Date) 4-2-03 | 24. Print or Type NAME and TITLE |
| 04/21/03 | | |

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

Exhibit #3 contains heroin hydrochloride.

Gross Wt. = 58.7 g
Net Wt. = 29.9 g

SEE CERTIFICATION ON BACK

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 3 | 156914 | heroin hydrochloride | 53 | % | | 15.8 g | 29.4 g |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| Christine M Chiesa Michaun | S/Forensic Chemist | 04/15/03 |
| 37. APPROVED BY (Signature & Date) Thomas M. Blackwell | 38. TITLE Laboratory Director | 39. LAB. LOCATION New York |

DEA Form - 7
(Sept. 1995)    Previous edition dated 4/90 may be used until stock is exhausted.    1 - Prosecution

U.S. Department of Justice
Drug Enforcement Administration

157755

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

| HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| [X] Purchase  [ ] Seizure  [ ] Free Sample | | | | | |
| [ ] Lab. Seizure  [ ] Money Flashed  [ ] Compliance Sample (Non-Criminal) | | | | | |
| [ ] Internal Body Carry  [ ] Other (Specify) | | | | | |

| 4. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Springfield, MA | 05-13-2003 | |

| 6. REFERRING AGENCY (Name) | 6b. REFERRAL [ ] Case No. OR [ ] Seizure No. | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| | | 05-13-2003 | |

| Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 5 | | Heroin | White, rock like substance wrapped in clear plastic, further wrapped in green translucent plastic wrap. | 82.14 gg | | $4,250.00 |

WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?  [ ] NO (included above)  [ ] YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
On 5-13-2003, MSP Trooper Henot Rivera, acting in an undercover capacity, purchased exhibit 5 from Mario ESPINO on Main Street, Springfield, MA. The exhibit was maintained by Trooper Rivera until relinquishing it to RAC John Dudley who processed and sealed it into evidence as witnessed by Trooper Rivera. The exhibit was mailed, return receipt requested, to the Northeast Regional Laboratory for analysis and safekeeping.

SUBMITTED BY SPECIAL AGENT (Signature): SA Kevin Thomas   5/15/2003
18. APPROVED BY (Signature & Title): GS Edward Senecal

**LABORATORY EVIDENCE RECEIPT REPORT**

NO. PACKAGES: 1
SEAL: [X] Unbroken  [ ] Broken
6/10/03

20. RECEIVED FROM (Signature & Date): CB 178 884 735
23. RECEIVED BY (Signature & Date): Carolyn C. Roche  5/19/03 pm
21. Print or Type NAME and TITLE:
24. Print or Type NAME and TITLE: CAROLYN ROCHE FC

**LABORATORY REPORT**

ANALYSIS SUMMARY AND REMARKS:

Exhibit #5 contains heroin (salt form undetermined) and procaine (salt form undetermined).

Gross Wt. = 82.4 g
Net Wt. = 51.2 g

**SEE CERTIFICATION ON BACK**

| Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 5 | 157755 | heroin (calculated as hydrochloride) | 54 | % | | 27.6 g | 50.8 g |

ANALYST (Signature): Christine M. Chiesa
35. TITLE: Forensic Chemist
36. DATE COMPLETED: 06/06/03

APPROVED BY (Signature & Date): Thomas M. Blackwell  6/11/03
38. TITLE: Laboratory Director
39. LAB. LOCATION: New York

Form (1995) - 7

Previous edition dated 4/90 may be used until stock is exhausted.

1 - Prosecution