UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. 04-30020-MAP |
| ) | |
| MARIO ESPINO ) | |

### DEFENDANT'S MOTION TO CONTINUE STATUS DATE

The defendant moves that this Honorable Court continue the status scheduled for December 10, 2004 to another date for status and possible motion hearing after December 27, 2004 which is convenient for all parties. As grounds for this motion the defendant states the following:

1. His expert is scheduled to weigh the narcotics relative to the above-numbered charge on December 13, 2004. There would be nothing to report to the court until after the defendant's expert completes his work.

2. He is requesting at least two weeks in order that he may confer with the expert and to prepare any additional motions, if necessary.

3. The government assents to this motion.

It is further agreed that the time period from December 10, 2004 to the next status date be excluded under the Speedy Trial Act.

Respectfully submitted,
Mario Espino
By counsel:

_____
Elaine Pourinski
13 Old South Street
Northampton, MA 01060
413-587-9807