UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30020-MAP |
| ) | |
| ) | |
| MARIO ESPINO, ) | |
| Defendant ) | |

FINAL STATUS REPORT
January 5, 2005

NEIMAN, U.S.M.J.

The court held a final status conference this day. In accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. If necessary, a trial will take four to five days.

2. An initial pretrial conference has been scheduled for February 10, 2005, at 3:00 p.m. in Courtroom I. Defendant will inform the court at that time whether he intends to file a motion to suppress.

3. All discovery has been completed.

4. The parties report and the court finds that thirty-four days had run on the Speedy Trial clock as of September 15, 2004. An Order of Excludable Delay will issue. The Government will be filing a further motion with regard to the Speedy Trial Act.

5. There are no other matters relevant to the progress or resolution of the case.

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN

U.S. Magistrate Judge

Case 3:04-cr-30020-MAP   Document 32   Filed 01/05/2005   Page 2 of 2