UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                    )<br>)<br>)<br>MARIO ESPINO,             )<br>)<br>    Defendant.          ) | Criminal No. 04-30020-MAP |

**MOTION FOR EXCLUDABLE DELAY**
**PURSUANT TO THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the following motion for an order of excludable delay for the period of time from February 18, 2005, the date on which the defendant indicated his intention to change his plea, through March 9, 2005, the date on which the hearing is to be held on that matter, pursuant to 18 U.S.C. § 3161(h)(1)(F) and (h)(8)(A), and United States v. Santiago-Becerril, 130 F.3d 11, 20 (1st Cir. 1997).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Thomas J. O'Connor, Jr.
Assistant U.S. Attorney

Dated: February 18, 2005

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Elaine Pourinski, Esq.
13 Old South Street
Northampton, MA 01060

    This 18th day of February, 2005.

                                        Thomas J. O'Connor, Jr.
                                        ASSISTANT U.S. ATTORNEY